APRIL 29, 2005

No. 04–1214.  KFC U. S. PROPERTIES, INC., FKA KFC NATIONAL MANAGEMENT CO. *v.* WILLIAMS.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 46.

MAY 2, 2005

No. 03–1427.  EUROPEAN COMMUNITY ET AL. *v.* RJR NABISCO, INC., ET AL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pasquantino* v. *United States, ante,* p. 349.

No. 04–81.  BASF CORP. *v.* PETERSON ET AL.  Sup. Ct. Minn.  Motions of CropLife America, Chamber of Commerce of the United States of America, and Product Liability Advisory Council, Inc., for leave to file briefs as *amici curiae* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bates* v. *Dow Agrosciences LLC, ante,* p. 431.

No. 04–579.  OKEN *v.* MONSANTO CO. ET AL.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bates* v. *Dow Agrosciences LLC, ante,* p. 431.

No. 04–1021.  MICHIGAN HIGH SCHOOL ATHLETIC ASSN., INC., ON BEHALF OF ITSELF AND ITS MEMBERS *v.* COMMUNITIES FOR EQUITY, ON BEHALF OF ITSELF, ITS MEMBERS, AND ALL OTHERS SIMILARLY SITUATED, ET AL.  C. A. 6th Cir.  Motions of Michigan Interscholastic Athletic Administrators Association, Michigan Association of School Boards, Basketball Coaches Association of Michigan, and National Federation of State High School Associations for leave to file briefs as *amici curiae* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rancho Palos Verdes* v. *Abrams, ante,* p. 113.